

**United States Court of Appeals**

District of Columbia Circuit

333 Constitution Avenue, N.W.

Washington, DC 20001-2866

A. Raymond Randolph
United States Circuit Judge

Telephone (202) 216-7425

August 17, 2007

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.   20544

Dear Judge Smith:

This is the information requested in your letter of August 9, 2007, regarding part VII of my financial disclosure form.

Line 8 – Vanguard

Lines 9, 14-16, 18, 22 – American Funds

Line 17 – Merrill Lynch

Sincerely yours,

A. Raymond Randolph
U.S. Circuit Judge

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| I. Person Reporting (last name, first, middle initial)<br><br>Randolph, Arthur R | 2. Court or Organization<br><br>U.S. Court of Appeals/D.C. Cir | 3. Date of Report<br><br>05/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals/D.C. Cir<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001-2866 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Distinguished Adjunct Professor of Law | George Mason University School of Law |
| 2. | |
| 4. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Randolph, Arthur R** | 05/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)* ·

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | George Mason University School of Law - teaching | $ 23,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | U.S. Department of Justice |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Brigham Young University | Feb. 2-4 - Provo, Utah - Rex E. Lee Moot Court Competition (transportation, meals, and lodging) |
| 2. | American Bar Association | Feb. 10-12 - Chicago, IL - ABA Midyear Meeting (transportation, meals, and lodging) |
| 3. | Federalist Society | Feb. 24-25 -New York, NY - Columbia Law School Student Symposium (transportation, meals, and lodging) |
| 4. | American Bar Association | Apr. 28-30 - Elbow Beach, Bermuda - ABA Spring Meeting (transportation, meals, and lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| **Randolph, Arthur R** | 05/15/2007 |

5.  George Mason Law School    June 8-11 - Monterey, CA - George Mason Law & Economics Seminar (transportation)

6.  Boalt Hall School of Law    Oct. 26-30 - Berkeley, CA - Paul Mishkin Symposium (lodging)

| Name of Person Reporting | Date of Report |
|---|---|
| **Randolph, Arthur R** | 05/15/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R | 05/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Plan | A | Dividend | L | T | | | | | |
| 2. IRA - Fidelity Adv. Growth | A | Dividend | J | T | | | | | |
| 3. Money Market Acct. - Jt. UBS/Paine Webber | A | Dividend | K | T | | | | | |
| 4. Money Market Acct. - IRA - UBS/Paine Webber | A | Dividend | J | T | | | | | |
| 5. Mutual Fund - Lord Abbett Aff'd - IRA | C | Dividend | M | T | | | | | |
| 6. Mutual Fund - Washington Mutual Investors - IRA | B | Dividend | M | T | | | | | |
| 7. Mutual Fund - VMM U.S. Treas. Port. - IRA | A | Interest | J | T | Sell | 10/15 | J | A | |
| 8. Mutual Fund - Executive Life Fund - IRA | A | Interest | J | T | Sell | 10/15 | J | A | |
| 9. Mutual Fund - Growth of America - IRA | B | Dividend | M | T | | | | | |
| 10. CitiBank Money Market | A | Interest | J | T | | | | | |
| 11. Mutual Fund - Lord Abbett - A | A | Dividend | K | T | Sell | 2/14 | J | A | |
| 12. Mutual Fund - VanKampen - Comstock | B | Dividend | L | T | | | | | |
| 13. Money Market - UBS/Paine Webber | A | Interest | K | T | | | | | |
| 14. Mutual Fund - Investment Co. | A | Dividend | K | T | Sell | 2/14 | J | A | |
| 15. 401(K) - World Bond Fund | A | Dividend | K | T | | | | | |
| 16. 401(K) - Growth Fund | A | Dividend | K | T | | | | | |
| 17. 401(K) - ML Protected Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R | 05/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 401(K) - Income Fund | B | Dividend | K | T | | | | | |
| 19. 401(K) - Pimco Bond Fund | A | Dividend | K | T | | | | | |
| 20. 401(K) - Pimco High Income | A | Dividend | J | T | | | | | |
| 21. 401(K) - Dur. Inc. Fund | A | Dividend | K | T | | | | | |
| 22. 401(K) - Growth & Inc. Fund | A | Dividend | K | T | | | | | |
| 23. 401(K) - Pimco Real Ret. | A | Dividend | J | T | | | | | |
| 24. 401(K) - Fl. Rate Inc. | B | Dividend | K | T | Exchange | 10/2 | K | A | |
| 25. 401(K) - 1st Trust Val. Line | A | Dividend | K | T | | | | | |
| 26. Blackrock GLBL Energy | B | Dividend | K | T | | | | | |
| 27. 401(K) - End Opp. | A | Dividend | K | T | Buy | 11/20 | K | | |
| 28. 401(K) - Blackrock F/R | A | Dividend | K | T | Exchange | 10/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R | 05/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Randolph, Arthur R | 05/15/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date___ 5/15/07

NOTE: ANY IN_____FIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMIN_____ (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544